FILED by \_\_\_\_YH\_\_\_\_ D.C.

Feb 28, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20120-CR-UNGARO/O'SULLIVAN**

18 U.S.C. § 401(3)

UNITED STATES OF AMERICA

v.

**ALFREDO GONZALEZ GARCIA,**

        Defendant.
_____/

## INDICTMENT

The Grand Jury alleges that:

On or about May 30, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALFREDO GONZALEZ GARCIA,**

did knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given in Miami, Florida, on or about April 25, 2018, in the case of *United States v. Alfredo Gonzalez Garcia*, Case No. 18-CR-20245-KMW, violate conditions of his release as ordered by the Court, in that the defendant

*[This space is intentionally left blank]*

failed to report to Pretrial Services as directed, in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MEGAN A. CARRICK
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**ALFREDO GONZALEZ GARCIA**

_____Defendant._____/

CASE NO._____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)          Yes ____   No ____
Number of new defendants     ____
Total number of counts       ____

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony    ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers:   Case No. 18-CR-20245-KMW
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
MEGAN A. CARRICK
SPECIAL ASSISTANT U.S. ATTORNEY
FL Bar/Court I.D. No. A5502393

*Penalty Sheet(s) attached

REV 8/13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant=s Name:** ALFREDO GONZALEZ GARCIA

**Case No:** _____

Count #: 1

Contempt of Court

Title 18, United States Code, Section 401(3)

**\*Max. Penalty:** Life Imprisonment

*\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.*